# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Mrs.Tangee Lewis
Plaintiff,

V.

United States Federal Bureau of Investigations
US Department of State
US Department of Justice
Defendants(s)

Case No.: 1:25-cv-03588-UNA
Judge:N/A

MOTION For Post Office for the mailing address

Plaintiff, Mrs. Tangee Lewis, proceeding pro se, respectfully moves this Court for permission to use a P.O. Box for the mailing address. I have come back to Washington D.C and now reside in a temporary shelter,due to the crisis which my family is in. This is a more dependable address in case of a circumstance change in my living arrangements in which I can still have access to my mail, receive my notices from the courts as well as send mail from the address.

The plaintiff request that the Court move forward with a hearing on the pending motion by October 26,2025

Conclusion

For the reason stated above, Plaintiff, Tangee Lewis respectfully requests that the Court grant this Motion and expedite the proceedings in this matter.

This motion was handed to the clerk on October 24,2025

Respectfully submitted,

*[Signature: Mrs Tangee Lewis]*

RECEIVED
OCT 24 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia